UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER JR., <br><br> Plaintiff, <br><br> v. <br><br> L. D. ZAMORA, et al., <br><br> Defendant. | NO. CV 14-2170-BRO (AGR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered denying and dismissing this action with prejudice. All pending motions are DENIED.

DATED: August 21, 2014

                                         BEVERLY REID O'CONNELL <br>
                                         United States District Judge