UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER JR., <br>       Plaintiff, <br>   v. <br> L. D. ZAMORA, et al., <br>       Defendant. | NO. CV 14-2170-BRO (AGR) <br><br> JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that this action is denied and dismissed with prejudice.

DATED: August 21, 2014

                                 /s/ Beverly Reid O'Connell
                                 BEVERLY REID O'CONNELL
                                 United States District Judge